UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 13 CR 685 |
| v. | ) |
| | ) Acting Chief Judge Matthew F. Kennelly |
| DIKE AJIRI | ) |
| BANIO KOROMA | ) |

**ORDER**

Upon the government's unopposed motion under Title 18, United States Code, Section 3161(h)(8) for an extension of time to file an indictment in the above captioned matter,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendants shall be extended to and including December 12, 2013. The Court finds that the ends of justice served by this extension outweigh the best interests of the defendants and the public in a speedy trial for the following reasons:

The additional time requested by the government is necessary for the government to review voluminous records not available prior to August 27, 2013 and to interview additional witnesses not available prior to August 27, 2013. It is therefore unreasonable to expect the original return and filing of the indictment on or before September 26, 2013. In addition, the facts upon which the Grand Jury must base its determination are unusual and complex and the failure to grant a continuance would deny the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ENTERED

MATTHEW F. KENNELLY
Acting Chief Judge, United States District Court

September 25, 2013